TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 18 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER DANA JOHNSON,<br><br>Defendant. | Case No. 3:25-cr-00044-ART-CLB<br><br>SUPERSEDING CRIMINAL INDICTMENT<br><br>VIOLATIONS:<br><br>18 U.S.C. §§ 2252A(a)(2) and (b)(1) – Receipt of Child Pornography (Count One)<br><br>18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography (Count Two) |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2), (b)(1))

Beginning on a date unknown and continuing to on or about March 3, 2023, in the State and Federal District of Nevada,

CHRISTOPHER DANA JOHNSON,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been mailed, shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

<u>COUNT TWO</u>
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B), (b)(2))

Beginning on a date unknown and continuing to on or about March 3, 2023, in the State and Federal District of Nevada,

CHRISTOPHER DANA JOHNSON,

defendant herein, knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material, namely an HP Elitebook laptop computer, serial number CND0181VV3, which includes a Toshiba 320GB hard drive, serial number MK3276GSX; a Galaxy S21 128GB cellphone, IMEI 350336267081903; a Thermaltake desktop computer, serial number 89202204085, which includes a Samsung 2TB hard drive, serial number S6PNNM0TA2S6162; and a Dell DCSM desktop computer, serial number 7SHC101, which includes a Maxtor 6Y160M004725A hard drive; that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors, prepubescent minors and minors who had not attained twelve years of age, engaged in sexually explicit conduct, and that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by a means that included

2

by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION
Receipt of Child Pornography and Possession of Child Pornography

1.     The allegations contained in Counts One and Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2.     Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Indictment,

CHRISTOPHER DANA JOHNSON,

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B) or any property traceable to such property:

1.   an HP Elitebook laptop computer, serial number CND0181VV3, which includes a Toshiba 320GB hard drive, serial number MK3276GSX;

2.   a Galaxy S21 128GB cellphone, IMEI 350336267081903;

3.   a Thermaltake desktop computer, serial number 89202204085, which includes a Samsung 2TB hard drive, serial number S6PNNM0TA2S6162; and

3

4.  a Dell DCSM desktop computer, serial number 7SHC101, which includes a Maxtor 6Y160M004725A hard drive.

All under 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B), 2253(a)(1), and 2253(a)(3).

**DATED:** this _1&ͭ_ day of December 2025.

**A TRUE BILL:**

_____5_____
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Deputy Attorney General of the United States

RANDOLPH J. ST. CLAIR
Assistant United States Attorney

4